IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02280-ZLW-MJW

ANJANETTE L. QUINN,

Plaintiff(s),

v.

CITY OF EVANS POLICE DEPARTMENT, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 16) is GRANTED. Paragraphs 1 through 10, inclusive as outlined in (docket no. 16) shall constitute the Protective Order that will govern this case. Accordingly, paragraphs 1 through 10, inclusive shall be made an order of this court.

     It is FURTHER ORDERED that in the future, if the parties believe that a protective order is necessary then they need to file a motion for protective order and have as an exhibit to such motion, the actual written protective order.

Date: April 22, 2008