IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02280-ZLW-MJW

ANJANETTE L. QUINN,
    Plaintiff,
vs.

CITY OF EVANS POLICE DEPARTMENT, a department of a Colorado municipality;
Defendant

CHIEF OF POLICE LEO CARILLO, individually and in his official capacity;
Defendant

LT. GARY KESSLER, individually and in his official capacity;
Defendant

SGT. MICHAEL PARKOS, individually and in his official capacity.
Defendant

---

### *ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE*
(Docket No. 25)

---

THIS MATTER comes before the Court on the parties *Joint Motion to Vacate Settlement Conference,* and the Court being fully advised in the premises,

ORDERS: that the Court will vacate the scheduled Settlement Conference for June 18, 2008 and reset the settlement conference and to instead proceed with a status conference on Wednesday, June 18, 2008 at 10:00 a.m.

SIGNED this 17th day of June, 2008.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge