IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02280-ZLW-MJW

ANJANETTE L. QUINN,
 Plaintiff,
vs.

CITY OF EVANS POLICE DEPARTMENT, a department of a Colorado municipality;
Defendant

CHIEF OF POLICE LEO CARILLO, individually and in his official capacity;
Defendant

LT. GARY KESSLER, individually and in his official capacity;
Defendant

SGT. MICHAEL PARKOS, individually and in his official capacity.
Defendant

---

*ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY AND EXTEND DISCOVERY AND EXPERT WITNESS DEADLINES PENDING A RULING ON PLAINTIFF'S SIXTH CLAIM FOR RELIEF* (Docket No. 33)

---

THIS MATTER comes before the Court on the parties *Stipulated Motion to Stay Discovery and Extend Discovery and Expert Witness Deadlines Pending a Ruling on Plaintiff's Sixth Claim for Relief,* and the Court being fully advised in the premises,

ORDERS:

(1) All discovery shall be stayed, except for the depositions related to Plaintiff's claim for *Rescission of Settlement Agreement* which is now the subject of a *Motion for Partial Summary Judgment* and which may be the subject of a *Cross-Motion for Partial Summary Judgment;*

(2) The parties shall schedule the depositions expeditiously and said depositions shall be limited to seventy-five (75) minutes each;

(3) Defendants' *Response to Plaintiff's Motion for Partial Summary Judgment Incorporating Legal Authority and, if Defendants chose to file such a motion, Defendants' Cross-Motion for Partial Summary Judgment*, will be due within ten days after discovery has been completed relative to this issue, which would include receipt of the deposition transcripts from the four depositions referenced in the *Stipulated Motion to Stay Discovery and Extend Discovery and Expert Witness Deadlines Pending a Ruling on Plaintiff's Sixth Claim for Relief*;

(4) Discovery and expert witness deadlines as set out in the Scheduling Order dated April 14, 2008, shall be suspend effective August 15, 2008, until such time as the motion for partial summary judgment is determined and, at which time, if necessary, the deadlines will be set beyond the current deadlines by the same amount of time the motion was pending; and

(5) All other discovery shall be stayed pending ruling on the *Motion for Partial Summary Judgment* and/or *Cross-Motion for Partial Summary Judgment*.

SIGNED this 8th day of September, 2008.

BY THE COURT:

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**