## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02280-ZLW-MJW | FTR - Courtroom A-502 |
| **Date:** October 14, 2008 | Courtroom Deputy, Ellen E. Miller |
| ANJANETTE L. QUINN, | Elizabeth L. Kearney |
| Plaintiff(s), | |
| v. | |
| CITY OF EVANS POLICE DEPARTMENT, et al | J. Andrew Nathan |
| | Heidi J. Hugdahl |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: TELEPHONIC MOTIONS HEARING
**Court in Session:** 2:08 p.m.
Court calls case. Telephonic appearances of counsel. Also present on the conference call are Eric M. James and Christopher J. W. Forrest of Hamilton Faatz and Waller P.C.

The Court raises Plaintiff's Motion for Protective Order for argument.

Argument for Plaintiff by Ms. Kearney and for Defendants by Mr. Nathan.
Comments by Mr. Forrest.

**It is ORDERED:** Plaintiff's MOTION FOR PROTECTIVE ORDER [Docket No. 38, Filed October 07, 2008] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:** Hamilton Faatz and Waller's MOTION TO QUASH SUBPOENA AND JOINDER IN PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [Docket No. 41, Filed October 10, 2008] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.

**Court in recess:** 2:30 p.m.
Total In-Court Time 00:22

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.